GARY M. RESTAINO
United States Attorney
District of Arizona
LAURENCE G. TINSLEY, JR.
Arizona State Bar No. 012581
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
laurence.tinsley@usdoj.gov
*Attorneys for Defendant United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cedric Crespo, an adult individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>Udell Opah, individually and on behalf of his marital community; John Does I-X; Jane Does I-X; ABC Partnerships I-X and XYZ Corporations I-X<br><br>                    Defendants. | CV-<br><br>**NOTICE OF REMOVAL**<br><br>(***Formerly*** **Maricopa County Superior Court,<br>Cause No. CV2022-050473**) |

United States of America (United States), pursuant to 28 U.S.C. § 1441(c)(1)(A) and 28 U.S.C. § 1442(a)(1), on behalf of Udell Opah, gives notice of the Removal of this action to the United States District Court for the District of Arizona. The Maricopa County Superior Court does not have jurisdiction over Plaintiff's claims asserted against the United States since they arise under the Federal Tort Claims Act (FTCA), which provides exclusive jurisdiction in the United States District Court. 28 U.S.C. § 1346(a)(2), (b). This Notice is also supported by the following:

1. On or about February 11, 2022, Plaintiff initiated this action against Defendant Udell Opah in the Maricopa County Superior Court, Phoenix, Arizona, by filing his Complaint in CV 2022-050473. Plaintiff alleges that he was traveling in a vehicle traveling west on Darrow Drive at the intersection with Priest Drive in Tempe

Arizona, when a collision occurred between his vehicle and a vehicle driven by Opah Udell. Opah is a deemed federal employee under a self-determination contract between the White Mountain Apache Tribe (WMAT) and the Department of Indian Health Services, of sub-agency of the United States, pursuant to the Indian Self-Determination and Education Assistance Act (ISDEAA), 25 U.S.C.A. § 5321 et seq. The accident alleged in the complaint occurred while Opah was driving in the course and scope of his employment with the WMAT which has a contract with the United States, pursuant to the ISDEAA. His employment status with the patient transportation services division of the WMAT deems him to be a Federal Employee. See Datta Declaration and its Exhibits A and B, Attachment 11.

2. Under 28 U.S.C. §§ 1441 and 1442, claims arising under any laws of the United States, including civil actions commenced and pending in a state court, against the United States or directed to any Federal agency or Federal employee may be removed to the United States District Court for actions occurring within the District. Since Plaintiff's lawsuit against the Opah arises under the FTCA, the District Court has exclusive jurisdiction over that claim under 28 U.S.C. § 1346.

3. Congress has provided that upon certification by the Attorney General, or his designee, that an individual defendant was acting within the scope of his Federal employment, then a civil action pending against the Federal employee in state court shall be removed without bond to the United States District Court for the district or division embracing the place in which the state court action is pending. In this case, the U.S. Attorney for the District of Arizona, *i.e.*, the Attorney General's designee pursuant to 28 C.F.R. § 15.3, has certified that Defendant Opah was acting within the scope of his employment at all times relevant to Plaintiff's claims. (A copy of the Statutory Certification is attached to the Notice of Substitution, filed concurrently with this Notice).

4. Pursuant to LRCiv 3.6, copies of relevant pleadings from the Maricopa County Superior Court's docket as of November 30, 2022 are attached as Attachments 3 and 4. Other relevant documents for the removal requirements of LRCiv 3.6 are also attached, including a signed verification by undersigned, attached as Attachment 10.

5. A copy of the Notice of Removal will be sent for filing with the Clerk of the Maricopa County Superior Court, from which the action has been removed, under LRCiv. 3.6(a), upon issuance of a District Court docket number.

6. Attached to this Notice are the following attachments:

    (1) Supplemental Cover Sheet

    (2) Statement about the most recent superior court docket

    (3) Operative complaint

    (4) Service Documents

    (5) Answer (no answer has yet been filed by the United States)

    (6) Court orders dismissing or terminating parties (None)

    (7) Notices of appearance (*see* attached verification, Attachment 10)

    (8) Pending motions (Plaintiff has filed an Application of Default that the United States maintains will be cured by its Substitution as Defendant in this matter and by this Removal)

    (9) Statement about the remainder of the State Superior Court record. Additional documents that are included in the Maricopa County Superior Court docket but which are not included in this Notice are publicly available.

    (10) Verification

7. For the foregoing reasons, the United States provides this Notice of Removal of this matter from Maricopa County Superior Court to the United States District Court.

RESPECTFULLY SUBMITTED this 5th day of December 2022.

    GARY M. RESTAINO
    United States Attorney
    District of Arizona

    *s/ Laurence G. Tinsley, Jr.*
    Laurence G. Tinsley, Jr.
    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF following registrants:

Daniel Leffler
ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020
(602) 494-4800
dleffler@zacharlaw.com
Attorney for the Plaintiff

s/ *Irene Millsaps*
United States Attorney's Office